**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1525
_____

UNITED STATES OF AMERICA

v.

KENDALE RAHMEL HOLLINS,
a/k/a BOO,

Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 3-11-cr-00002-001)
District Judge: Honorable Kim R. Gibson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 20, 2012

Before:   McKEE, *Chief Judge*, SLOVITER, and VANASKIE, *Circuit Judges*.


ORDER

It appears that the opinion filed on March 07, 2013 contained a typographical error on page 6, marking subsection "B" as "D". An amended opinion reflecting the correction will be issued forthwith.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 8, 2013